Qiandra Johnson
5722 Livingston Oaks Cir Apt# 230
Birmingham, Alabama 35215

May 2, 2018

Patricia Gill
2320 Arlington Ave South
Birmingham, Alabama 35205

Dear Ms. Gill,

I am terminating our legal relationship & attorney-client contract immediately. I appreciate your efforts thus far. However, I'm asking that you return my file to me. I will be contacting you within a couple of days regarding my file. Thank you.

Sincerely,
Qiandra Johnson - *Qiandra Johnson*